IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **NATIONWIDE MUTUAL INSURANCE COMPANY** * | |
| * | |
| **Plaintiff** | |
| * | CIVIL ACTION NO. B-98-3146 |
| v. * | |
| **STERLING HOMES CORPORATION ET AL.** * | FILED _____ LODGED _____ |
| * | OCT 8 1999 |
| **Defendants** | AT BALTIMORE |
| * | CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND |
| | BY _____ DEPUTY |

* * * * * * * * * * * * * *

## ORDER

Upon consideration of Defendants' and Counter and Cross-Plaintiffs' Motion for Leave to Amend, and

It appearing that, pursuant to Federal Rule of Civil Procedure 15(a), leave to amend "shall be freely given," it is, this 7th day of October, 1999:

**ORDERED**, that Leave to Amend be and the same is hereby **GRANTED**, and the Clerk is directed to file the Amended Counter and Cross-Complaint of the Sterling Parties.

_____
WALTER E. BLACK, JR.
UNITED STATES DISTRICT JUDGE

