IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE CO. | * | |
| Plaintiff | * | Civil Action No.: B-98-3146 |
| vi. | * | |
| STERLING HOMES CORPORATION, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * *

### ORDER

Upon Motion of the Plaintiff, Nationwide Mutual Insurance Company, for Leave to Amend Complaint, it is this 20TH day of December, 1999,

ORDERED, that the Motion be and the same is hereby GRANTED; and it is further

ORDERED that the Plaintiff's Amended Complaint be and the same is hereby accepted for filing.

_____
JUDGE
United States District Court for the
District of Maryland