IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

NATIONWIDE MUTUAL INSURANCE CO.   *

    Plaintiff   *   Civil Action No.: B-98-3146

vi.   *

STERLING HOMES CORPORATION, et al.   *

    Defendants   *

* * * * * * * * * * * * * * * * *

### ORDER

Upon Motion of the Plaintiff, Nationwide Mutual Insurance Company, for Leave to Amend the First Amended Complaint, it is this 2nd day of May, 2000,

ORDERED, that the Motion be and the same is hereby GRANTED; and it is further

ORDERED that the Plaintiff's Second Amended Complaint be and the same is hereby accepted for filing.

                                             Walter E. Black, Jr.
                                           United States District Court for the
                                               District of Maryland