IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

NATIONWIDE MUTUAL INSURANCE CO.     *

    Plaintiff     *

v.     *    Civil Action No.: B-98-3146

RELIANCE INSURANCE COMPANY, et al.     *

    Defendants     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Joint Motion to Extend Amended Scheduling Order, it is this 6th day of December, 2000,

ORDERED, that the Motion be, and it is hereby GRANTED, and that the Amended Scheduling Order be, and it hereby is, amended as follows:

1. That the discovery deadline and deadline for submission of status report be extended to June 5, 2001.

2. That the date for requests for admission be extended to June 12, 2001.

3. That the date for dispositive pre-trial motions be extended to July 5, 2001.

                                                   WALTER E. BLACK, JR.
                                                 SENIOR DISTRICT JUDGE