```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

NATIONWIDE MUTUAL INSURANCE       \*
COMPANY
                                                         \*

      v.                                      Civil No. B-98-3146
                                             \*

RELIANCE INSURANCE COMPANY,
UNITED STATES FIRE INSURANCE CO.  \*
and THE NORTH RIVER INSURANCE CO.
      \*      \*      \*      o0o      \*      \*      \*

<u>O R D E R</u>

On May 29, 2001, one of the defendants, Reliance Insurance Company, was placed into Rehabilitation by the Pennsylvania Insurance Commissioner. Accordingly, on June 25, 2001, the Court entered an Order pursuant to the consent and agreement of the parties that the action be stayed. Rehabilitation proceedings having been filed as to defendant, Reliance Insurance Company, resulting in a stay of these proceedings, IT IS, this <u>13th</u> day of June, 2003, by the United States District Court for the District of Maryland,

ORDERED:

    (1) That this action be administratively closed without prejudice to the right of any party to move to reopen this action for good cause shown.

                                                  _____/s/_____
                                                  Walter E. Black, Jr.
                                                  Senior Judge