IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE MUTUAL INS. CO.          *

    Plaintiff,                              *

v.                                                *     CIVIL NO.: B-98-3146

RELIANCE INSURANCE CO., et al.      *

    Defendants.                          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Reopen Action filed by Nationwide Mutual Insurance Company in the above-captioned action, and for good cause shown, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED that the above-captioned case be administratively reopened to proceed on the merits.

 

_____
Walter E. Black, Jr., Senior Judge
United States District Court
for the District of Maryland

cc:    Angus R. Everton, Esquire
        Christopher R. Carroll, Esquire / James W. Gunson, Esquire