# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**BENSON EVERETT LEGG**                                                                101 West Lombard Street
    Chief Judge                                                                    Baltimore, Maryland 21201
                                      410-962-0723


November 7, 2003


MEMORANDUM TO COUNSEL RE:     <u>Nationwide Mutual Insurance Company v.</u>
                                        <u>Reliance Insurance Company, et al.</u>
                                        Civil No. B-98-3146


Dear Counsel:

      As Chief Judge, I have been monitoring Judge Black's cases since his retirement from the bench earlier this year.  On June 25, 2001, Judge Black stayed this action as a result of the filing of rehabilitation proceedings against defendant Reliance Insurance Company.  On June 13, 2003, the case remained stayed and Judge Black, therefore, administratively closed this action, without prejudice to the right of any party to move to reopen the action for good cause shown.

      On September 4, 2003, Plaintiff filed a motion requesting the Court to reopen the case. Accordingly, by copy of this Memorandum to the Clerk's Office, I am DIRECTING the Clerk's Office to reassign this matter to another judge for all further proceedings, including ruling on Plaintiff's motion.

      Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                         Very truly yours,

                           /s/

                        Benson Everett Legg


c:     Claudia Gibson, Docketing Supervisor
      Court file