IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE MUTUAL INS. CO.     *

      Plaintiff,     *

v.     *     CIVIL NO.: ˣB-98-3146    AMD-

RELIANCE INSURANCE CO., et al.     *

      Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion to Reopen Action filed by Nationwide Mutual Insurance Company in the above-captioned action, and for good cause shown, it is this __7th__ day of __November__, 2003, by the United States District Court for the District of Maryland,

ORDERED that the above-captioned case be administratively reopened to proceed on the merits.

                         /s/Andre M. Davis
                         United States District Judge

                         _____
                         Walter E. Black, Jr., Senior Judge
                         United States District Court
                         for the District of Maryland

cc:     Angus R. Everton, Esquire
        Christopher R. Carroll, Esquire / James W. Gunson, Esquire

The remaining parties are directed to confer and to submit a proposed case management order on or before December 8, 2003.

AMD.