# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

MARISA FERRARO CAPONE (MD)
ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
areverton@morganshelsby.com

December 8, 2003

Honorable Andre M. Davis, District Judge
U. S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    *Nationwide Mutual Ins. Co. v. Reliance Ins. Co., et al.*
            Civil Action #: B-98-3146
            Our File No.: 150.690930

Dear Judge Davis:

    Pursuant to Your Honor's Order, I have consulted with Mr. Gunson, counsel for the remaining Defendants, United States Fire Insurance Company and The North River Insurance Company, and we would respectfully submit the accompanying proposed Case Management Order for Your Honor's review in this matter.

Respectfully,

Angus R. Everton

ARE/agm
Enclosure
cc:    James W. Gunson, Esquire (Via E-Mail to jgunson@cmkfirm.com)