IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INS. CO. | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: B-98-3146 |
| RELIANCE INSURANCE CO., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER

Nationwide Mutual Insurance Company, United States Fire Insurance Company, and the North River Insurance Company, by their respective counsel, submit this proposed Case Management Order in accordance with this Court's Order of November 7, 2003:

The parties hereby propose that the following schedule be adopted for further proceedings in this case:

1. Discovery Deadline and Deadline for Submission of Status Report — January 30, 2004

2. Requests for Admissions — February 27, 2004

3. Dispositive Pretrial Motions — April 30, 2004

4. That the Court schedule a status conference at it's convenience sometime on or after the date for filing requests for admissions of fact hereunder, February 27, 2004.

Respectfully submitted,

| | |
|---|---|
| MORGAN SHELSBY<br>CARLO DOWNS & EVERTON P.A. | CARROLL, McNULTY & KULL, LLC |
| /s/ *signature* | /s/ *signature* |
| Angus R. Everton<br>4 North Park Drive<br>Suite 404<br>Hunt Valley, Maryland 21030<br>(410) 584-2800<br>*Attorneys for Plaintiff* | James W. Gunson, Esquire<br>17 Mendham Road<br>P. O. Box 427<br>Gladstone, New Jersey 07934<br>(908)<br>*Attorneys for Defendants,*<br>*United States Fire Ins. Co. and*<br>*The North River Insurance Co.* |
| _____<br>Approved | _____<br>Andre M. Davis, District Judge<br>United States District Court<br>for the District of Maryland |

cc:   Angus R. Everton, Esquire
      James W. Gunson, Esquire