IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INS. CO. | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: B-98-3146 |
| RELIANCE INSURANCE CO., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER

Nationwide Mutual Insurance Company, United States Fire Insurance Company, and the North River Insurance Company, by their respective counsel, submit this proposed Case Management Order in accordance with this Court's Order of November 7, 2003:

The parties hereby propose that the following schedule be adopted for further proceedings in this case:

1. Discovery Deadline and Deadline for
   Submission of Status Report                     January 30, 2004

2. Requests for Admissions                         February 27, 2004

3. Dispositive Pretrial Motions                    April 30, 2004

4. That the Court schedule a status conference at it's convenience sometime on or after the date for filing requests for admissions of fact hereunder, February 27, 2004.

Respectfully submitted,

MORGAN SHELSBY
CARLO DOWNS & EVERTON P.A.

*signature*

Angus R. Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
(410) 584-2800
*Attorneys for Plaintiff*

CARROLL, McNULTY & KULL, LLC

/s/ *signature*

James W. Gunson, Esquire
17 Mendham Road
P. O. Box 427
Gladstone, New Jersey 07934
(908)
*Attorneys for Defendants,
United States Fire Ins. Co. and
The North River Insurance Co.*

12/8/2003
_____
Approved

/s/
_____
Andre M. Davis, District Judge
United States District Court
for the District of Maryland

cc:   Angus R. Everton, Esquire
      James W. Gunson, Esquire